UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTONIO LEONARD BROWN, §<br>　　　Petitioner, §<br>　　　　　　　　　　　§<br>v. §<br>　　　　　　　　　　　§<br>LORIE DAVIS, §<br>Director, Texas Department of Criminal §<br>Justice–Correctional Institutions Division, §<br>　　　Respondent. § | CIVIL ACTION NO. 4:17-CV-903 |

## Order of Adoption

On January 3, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (23). Petitioner has filed objections in the form of a "Notice of Appeal." (26). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Brown's petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not issue.

Signed ___April 12___, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge